

**ORDERED in the Southern District of Florida on August 3, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Gilberto Garcia                                          Case No.: 26-17187-CLC
                                                                 Chapter 13

_____Debtor_____/

### ORDER GRANTING MOTION TO DETERMINE JOINT CREDITORS

**THIS MATTER** having come to be heard on the Court's consent calendar on July 28, 2026, at 9:00 AM, upon Debtor's Motion to Determine Joint Creditors ("Motion") [ECF#17], IT IS;

**ORDERED AND ADJUDGED**:

1. The Debtor's Motion is **GRANTED**.

2. The Debtor's claimed exemptions of Tenancy by the Entireties are allowed as filed.

# # #

Respectfully Submitted by: Jose A. Blanco, FBN: 062449, **Jose A. Blanco, P.A.**, 102 E 49th ST Hialeah, FL 33013, Tel. (305) 349-3463, E-mail: jose@blancopa.com

Attorney Blanco, is hereby directed to serve a copy of this Order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).