UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Gilberto Garcia

Debtor /

Case No.: 26-17187-CLC
Chapter 13

# NOTICE OF OBJECTION TO CLAIM

The Debtor, Gilberto Garcia, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**If you do not want the court to eliminate or change your claim, then you or your lawyer must file a written response within 30 days from the date this objection was served, explaining why your claim should be allowed as filed.**

The written response must contain the case name, the case number, your name, and your claim number. If filed by an attorney, the written response must be filed electronically. If filed without an attorney, the written response must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, in the division in which this case is pending:

| Miami Division: | Fort Lauderdale Division: | West Palm Beach Division: |
|---|---|---|
| United States Bankruptcy Court<br>Southern District of Florida<br>C. Clyde Atkins United States Courthouse<br>301 North Miami Avenue, Room 150<br>Miami, Florida 33128 | United States Bankruptcy Court<br>Southern District of Florida<br>United States Courthouse<br>299 East Broward Blvd., Room 112<br>Ft. Lauderdale, FL 33301 | United States Bankruptcy Court<br>Southern District of Florida<br>Flagler Waterview Building<br>1515 North Flagler Drive, Suite 801<br>West Palm Beach, FL 33401 |

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining the objection without further notice or hearing.** If you or your attorney do file a timely response to the objection, the court will schedule a hearing, by separate notice of hearing, to resolve the objection.

## Objection to Claim Number

Debtor objects to claim number 11 filed by Quantum3 Group LLC as agent for Sadino Funding LLC as a bifurcated secured and unsecured claim on August 4, 2026, for the following reasons:

Creditor filed a claim for a lease on household goods that the Debtor no longer has, thus by virtue of being a lease and also because the debtor no longer has the leased item, the Debtor objects to the proof of claim as a secured claim and requests that the claim be allowed as a general unsecured claim in its entirety of $4,755.15.

Respectfully submitted:
August 21, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com