UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Gilberto Garcia

Case No.: 26-17187-CLC
Chapter 13

Debtor /

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, a true and correct copy of the **Objection to Claim of Quantum3 Group LLC as agent for Sadino Funding LLC** and **Notice of Hearing** was served electronically on the following parties:
Electronically & Mailed: Nancy K. Neidich, Trustee PO Box 279806, Hollywood, FL 33027

I further certify that on August 21, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Debtor(s), Gilberto Garcia
159 W 29 ST APT 2
Hialeah, FL 33012

SADINO FUNDING LLC
c/o QUANTUM3 GROUP, LLC
14251 S.W. 38TH STREET
Miami, FL 33175

SADINO FUNDING LLC
c/o QUANTUM3 GROUP, LLC
22102 17th Ave. SE, Suite 220
Bothell, WA 98021

SADINO FUNDING LLC
NRAI SERVICES, INC
1200 South Pine Island Road
Plantation, FL 33324

Quantum3 Group LLC as agent for Sadino Funding LLC
c/o Kolby R. Nichol, Auth Agent
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for Sadino Funding LLC
c/o Rui Pinto-Cardoso CEO
22102 17th Ave. SE, Suite 220
Bothell, WA 98021

Respectfully submitted:
August 21, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com